UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANCHEZ RAMIREZ,<br>Petitioner,<br>v.<br>OTAY MESA DETENTION CENTER,<br>Respondent. | Case No.: 26-cv-5676-JES-DEB<br>**ORDER GRANTING PETITIONER'S MOTION TO DISMISS**<br>**[ECF No. 9]** |

Before the Court is Petitioner Oscar Sanchez Ramirez's Motion to Dismiss Petition for Writ of Habeas Corpus ("Petition"), filed on October 21, 2026. ECF No. 9 ("Motion"). The Court **GRANTS** Petitioner's Motion and hereby **DISMISSES** the Petition without prejudice. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated: October 23, 2026

Honorable James E. Simmons Jr.
United States District Judge